```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/3/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**NAMEL NORRIS,**

                **Plaintiff,**

    -against-

**287 E BIKES INC.** and **289 REALTY CORP,**

               **Defendants.**

**21-cv-7812 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    February 3, 2022
            New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**